**No. 43459.**—Protests 938261–G, etc., of American Import Co. et al. (Seattle).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 43460.**—Protests 726856–G, etc., of Salinas Brewing & Ice Co. et al. (San Francisco).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43461.**—Protests 15731–K, etc., of H. B. Lehman Connor Co., Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel the protests were sustained as to one item.

**No. 43462.**—Protests 312–K, etc., of Ramallah Trading Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of Jacquard-figured couch covers the same as those the subject of Abstract 43291. The claim at 40 percent under paragraph 911 (a) was therefore sustained.

**No. 43463.**—Protests 916744–G, etc., of Gimbel Bros. Delaware et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

BEFORE THE FIRST DIVISION, APRIL 11, 1940

**No. 43464.**—Protests 797661–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by BROWN, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43465.**—Protests 7754–K, etc., of Alexette Gloves, Inc., et al. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43466.**—Petition 5998–R of Dr. Melitta Sperling (New York).

Opinion by BROWN, J. It was found from the testimony offered that there was no intention on the part of the petitioner in this case to defraud the revenue, or to conceal or misrepresent the facts, or to deceive the appraiser. The petition was therefore granted.